UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN ARCHIBALD, NICOLLE BRADBURY, THOMAS TRUE, SHAWN MORRISSETTE, JOSEPH PHILLIPS, and MICHAEL HOLMES<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC,<br><br>Defendant | Docket No. 2:10-cv-00458-DBH |

## ATTACHMENT g

## TO

## DECLARATION OF PAUL E. PECK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR CERTIFICATION OF RULE 23(b)(2) CLASS AND FOR PRELIMINARY INJUNCTION

County
Identification #
01-6000002



STATE OF MAINE
COUNTY OF ANDROSCOGGIN
SHERIFF'S OFFICE

2 TURNER STREET ○ UNIT #9 ○ AUBURN, MAINE ○ 04210
(207) 784-7361        1-800-492-0737

GUY P. DESJARDINS
*SHERIFF*

Invoice to: Drummond & Drummond, LLP
One Monument Way
Portland, ME 04101

Date 11-24-09
Invoice # 02-6084

Please include invoice #
on all returned checks.

Case: Federal Nation Mortgage Assoc.
vs.
Joseph E. Phillips

Charges:
- Service
- Non-Service  15.77
- Mileage  4.40
- Postage/Handling  1.00
- C&/Other  2.00
- Total  $ 23.17

Comments/New Address:
Moved to Florida per Real Estate
Agent Shirley Jones (212-4179).
New Address – 2511 East Center St.
Inverness, FL 34453
207 312-1560

*Deputy Sheriff*

*Please make checks payable to:*
*Androscoggin County Treasurer*

Please mail to:
Androscoggin County Sheriff's Dept.
Attn. Civil Division
2 Turner Street
Unit 9
Auburn, Maine 04210

$ _____ payment received by _____ Date _____

Client ~ White ○ Civil Office ~ Canary ○ Treasurer ~ Pink ○ Deputy ~ Goldenrod