# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **NICOLLE BRADBURY, ET AL.,** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| v. ) | **No. 2:10-cv-458-DBH** |
| ) | |
| **GMAC MORTGAGE, LLC.,** ) | |
| ) | |
| **DEFENDANT** ) | |

# PROCEDURAL ORDER

Because the parties have not previously addressed whether the judicial proceedings privilege applies to a request for equitable relief, I invite their comments on that portion of the certification by June 16, 2011.

**SO ORDERED.**

**DATED THIS 9TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**